# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| **RODNEY NICHOLS,** an individual,<br><br>Plaintiff,<br><br>v.<br><br><br>**FIRST DATA RESOURCES, LLC,** a Delaware Limited Liability Corporation,<br><br>Defendant. | Case No. 8:18-cv-378<br><br><br>**NOTICE OF SERVING** |

On August 28, 2019, Plaintiff Rodney Nichols served his first discovery requests on Defendant First Data Resources, LLC by email addressed to Cbrookhouser-sisney@mcgrathnorth.com.

By: s/ *Alexis S. Mullaney*
Terry A. White, NE # 18282
Alexis S. Mullaney #25908
**CARLSON & BURNETT LLP**
17525 Arbor Street
Omaha, NE 68130
Direct (402) 682-8006
Main (402) 934-5500
terry@carlsonburnett.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I certify that on August 28, 2019, I filed the foregoing using the court's CM/ECF system which will automatically send notice of filing to the following:

Cody Elyse Brookhouser-Sisney
McGrath North
First National Tower
Suite 3700
1601 Dodge Street
Omaha, NE 68102
Cbrookhouser-sisney@mcgrathnorth.com

                                    *s/Alexis S. Mullaney*
                                    Alexis S. Mullaney