# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RODNEY NICHOLS, an individual; | |
| Plaintiff, | 8:18CV378 |
| vs. | ORDER |
| FIRST DATA RESOURCES, LLC, a Delaware Limited Liability Corporation; | |
| Defendant. | |

This matter is before the Court on the Joint Stipulation to Stay Progression Order and Continue Trial Date (Filing No. 21). After review of the parties' stipulation, the Court finds good cause to grant the request. Accordingly,

**IT IS ORDERED**:

1. The Joint Stipulation to Stay Progression Order and Continue Trial Date (Filing No. 21) is granted.
2. The trial scheduled to commence on March 9, 2020, is cancelled. Further case progression deadlines and discovery are stayed while the parties discuss settlement.
3. On or before **December 23, 2019**, the parties shall advise the undersigned magistrate judge regarding the status of settlement negotiations and the status of this case. If settlement is unsuccessful, the parties shall submit a joint proposed amended case progression schedule to the undersigned magistrate judge.

Dated this 25th day of October, 2019.

BY THE COURT:

s./Michael D. Nelson
United States Magistrate Judge