# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RODNEY NICHOLS, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> FIRST DATA RESOURCES, LLC, a Delaware Limited Liability Corporation, <br><br> Defendant. | 8:18CV378 <br><br> ORDER |

On October 25, 2019, the Court granted the parties' request to stay this case pending their settlement discussions. In accordance with the Court's prior Order ([Filing No. 22](#)), the parties filed a Joint Stipulation to Stay Case Progression ([Filing No. 24](#)), advising the Court of the status of their settlement negotiations and requesting that the Court continue the stay. Accordingly,

**IT IS ORDERED**:

1. The Joint Stipulation to Stay Progression Order ([Filing No. 24](#)) is granted.
2. This case continues to be stayed while the parties finalize a settlement agreement.
3. On or before **January 31, 2020**, the parties shall advise the undersigned magistrate judge regarding the status of settlement negotiations and the status of this case. If settlement is unsuccessful, the parties shall submit a joint proposed amended case progression schedule to the undersigned magistrate judge or contact the chambers to schedule a status conference.

Dated this 16th day of December, 2019.

BY THE COURT:

s./Michael D. Nelson
United States Magistrate Judge